CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM – 4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRAVE BULK TRANSPORT LTD.,

                Plaintiff,

    v.

SOCIETA COMMERCIALE
E FINANZIARIA S.R.L.

                Defendant.
------------------------------------------------------------x

08 CV _____ ( ___ )

**STATEMENT PURSUANT**
**TO RULE 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, BRAVE BULK TRANSPORT LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       July 15, 2008

                                             CHALOS, O'CONNOR & DUFFY, LLP
                                             Attorneys for Plaintiff,
                                             BRAVE BULK TRANSPORT LTD.

                By:      */s/ Owen F. Duffy*
                                             Owen F. Duffy (OD-3144)
                                             George E. Murray (GM-4172)
                                             366 Main Street
                                             Port Washington, New York 11050
                                             Tel: (516) 767-3600 / Fax: (516) 767-3605