Keenan, J

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM – 4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRAVE BULK TRANSPORT LTD., :
:
     Plaintiff, :
: 08 CV 6377 (JFK)
  v. :
: **ORDER APPOINTING A**
SOCIETA COMMERCIALE : **SPECIAL PROCESS**
E FINANZIARIA S.R.L. : **SERVER**
:
     Defendant. :
-----------------------------------------------------------x

  An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  NOW, on reading and filing the Declaration of Owen F. Duffy, Esq. sworn to the 15th day of July, 2008, and good cause having been shown, it is hereby

  **ORDERED**, that any partner, associate, paralegal, employee or agent of Chalos, O'Connor & Duffy LLP who is at least 18 years old and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant SOCIETA COMMERCIALE E FINANZAIARIA S.R.L.

Dated: New York, New York
   July 16, 2008

SO ORDERED:

_____
U.S.D.J.
LAURA TAYLOR SWAIN, U.S.D.J.
Part I